ELIAS S. HIGGINS et al., as Executors, etc., Respondents, *v.*
G. AUGUSTUS HEALY et al., Appellants

(Argued June 15, 1882 ; decided June 30, 1882.)

*Edward P. Wilder* for appellants.

*Aaron Pennington Whitehead* for respondents.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.

---

JENNIE W. HALL, Respondent, *v.* EATON J. RICHARDSON, Appellant.

(Argued June 19, 1882 ; decided June 30, 1882.)

*George W. Adams* for appellant.

*John D. Kernan* for respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.

---

THE POUGHKEEPSIE, HARTFORD AND BOSTON RAILROAD COMPANY, Appellant, *v.* AMBROSE N. SIMPSON et al., Respondents.

(Argued June 19, 1882 ; decided June 30, 1882.)

*Homer A. Nelson* for appellant.

*R. E. Andrews* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.